Núm. 8257.—IRIZARRY, aplte. *v.* GARCÍA, aplda.—C. D. Humacao. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Marzo 28, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

En una llamada "Moción sobre Reconsideración" la demandada apelada solicita que se reconsidere la sentencia dictada en este caso el día 18 de marzo de 1941 porque esta corte no resolvió una moción que, tres días antes de la vista del caso, o sea, el 10 de marzo, radicó la peticionaria para que de estimarse frívola la apelación, se condenara al demandante apelante a pagar $75 en concepto de honorarios de abogado de la apelada.

Tomando en consideración los hechos del caso y además, que el abogado de la apelada no compareció a la vista de este recurso, se declara sin lugar dicha moción de reconsideración.

Núm. 1200.—BAETJER, ETC., peticionarios, *v.* CORTE, dmdada.— Original. ▮▮▮▮▮▮▮▮▮ Abril 4, 1941.

Por los fundamentos consignados en la opinión emitida en el día de hoy en el caso de *certiorari* núm. 1199, entre las mismas partes (ante, pág. 422), no ha lugar a la reconsideración solicitada.

El Juez Asociado Sr. Todd, Jr., no intervino.